Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of Maine
_____ Division

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED & FILED
2023 NOV 20 P 3: 06
DEPUTY CLERK

Joshua R. Nisbet
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Rob Ellis; Steve Webster; Chris Todd; Glen Tucker; Scott Vaughn;
Thomas Selby; Andrew Flynn; Eric Barry; Tim Dalton; Toddy Justice;
May Pearson; Steven Thibodeau; Kevin O'Donovan; Chris Part;
Cheryl Holmes; each in their individual and official capacities
Bob Lebrasseur; Christiene Hanley; John Gayle; Neil Duffett; each
in their individual and Defendant(s) official capacities
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)
Jeff Waxman in his individual and official capacities
Kyle Jandreau in his individual and official capacities

Case No. _____
(to be filled in by the Clerk's Office)

Jury Demand

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Joshua R. Nisbet
All other names by which you have been known: Joshua Libby
ID Number:
Current Institution: Bolduc Correctional Facility
Address: 516 Cushing Road
Warren, Maine 04864
City  State  Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Rob Ellis
Job or Title (if known): District Attorney
Shield Number:
Employer: State of Maine
Address:
City  State  Zip Code
☑ Individual capacity  ☑ Official capacity

Defendant No. 2
Name: Steve Webster
Job or Title (if known): Police Officer/Detective
Shield Number:
Employer:
Address:
City  State  Zip Code
☑ Individual capacity  ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Chris Todd
Job or Title (if known): Police Officer/Detective
Shield Number:
Employer:
Address:

City / State / Zip Code
[✓] Individual capacity [✓] Official capacity

Defendant No. 4
Name: Glen Tucker
Job or Title (if known): Police Officer
Shield Number:
Employer:
Address:

City / State / Zip Code
[✓] Individual capacity [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

5th Constitutional Amendment   42 U.S.C. § 1983   18 USC § 241
6th Constitutional Amendment   18 U.S.C. § 505   18 U.S.C. § 242
14th Constitutional Amendment   18 U.S.C. § 1519
See Attached                   18 U.S.C. § 1512

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

# I. Parties to This Complaint

Defendant No. 5
Name: Scott Vaughn   Job: Police Officer
Address:
Individual and official capacities

Defendant No. 6
Name: Thomas Selby   Job: Police Officer
Address:
Individual and official capacities

Defendant No. 7
Name: Andrew Flynn   Job: Police Officer
Address:
Individual and official capacities

Defendant No. 8
Name: Eric Barry   Job: Police Officer
Address:
Individual and official capacities

Defendant No. 9
Name: Tim Dalton   Job: Police Officer
Address:
Individual and official capacities

Defendant No. 10
Name: Toddy Justice   Job: Town Office Clerk
Address:
Individual and official capacities

Defendant No. 11
Name: May Pearson   Job: Police Officer
Address:
Individual and official capacities

*Defendant No. A
Name: Neil Duffett   Job: Attorney
Address:
Individual and official capacities

Defendant No. 12
Name: Steven Thibodeau   Job: Police Officer
Address:
Individual and official capacities

Defendant No. 13
Name: Kevin O'Donovan   Job: Private Investigator
Address:
Individual and official capacities

Defendant No. 14
Name: Chris Parr   Job: State Police
Address:
Individual and official capacities

Defendant No. 15
Name: Cheryl Holmes   Job: Jail Employee
Address:
Individual and official capacities

~~Defendant~~
Defendant No. 16
Name: Rob Lebrasseur   Job: Attorney
Address:
Individual and official capacities

Defendant No. 17
Name: Christiene Hanley   Job: Attorney
Address:
Individual and official capacities

Defendant No. 18
Name: John Gayle   Job: Attorney
Address:
Individual and official capacities

*

1 of 2

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_See Attached_

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_See Attached_

    B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

_See Attached_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    C.    What date and approximate time did the events giving rise to your claim(s) occur?

*2011-Present*

    D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*See Attached*

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*Wrongful incarceration, violations of state and federal laws, violations of constitutional rights, emotional distress, stress, depression*

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*Plaintiff requests that the Court enter judgment in his favor against each defendants in their individual capacities, as well as their official capacities. Plaintiff also seeks all compensentory damages, punitive damages, and nominal damages available by law, in the amounts determined by a jury.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes    N/A
☐ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes    N/A
☐ No
☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes  N/A

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes  N/A

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.    If you did not file a grievance:

        1.    If there are any reasons why you did not file a grievance, state them here:

_Claims do not arise while confined in any jail/prison_

        2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_N/A_

    G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_N/A_

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_N/A_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes
    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____