**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| JOSHUA R. NISBET, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 1:23-cv-00430-NT |
| | ) |
| ROB ELLIS, et al., | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION**
**OF THE MAGISTRATE JUDGE**

On December 7, 2023, the United States Magistrate Judge filed with the Court, with copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C. § 1915A. Recommended Decision (ECF No. 4). On January 22, 2024, the Plaintiff filed a request asking that the Court "hold off" on his case, which I treat as an objection to the Recommended Decision (ECF No. 7). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that, in accordance with 28 U.S.C. § 1915A, the Plaintiff's complaint is **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen<br>United States District Judge

Dated this 2nd day of February, 2024.